TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Acting Chief, Financial Litigation Section
LOUISA O. KIRAKOSIAN (CBN 271983)
Assistant United States Attorney
      Federal Building, Suite 7516AA
      300 North Los Angeles Street
      Los Angeles, CA 90012
      Telephone: (213) 894-8341
      Facsimile: (213) 894-7819
      Email: louisa.kirakosian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL DAVID CRABTREE,<br><br>    Defendant. | **No. SACV 21-1272**<br><br>[CR 07-1054-ODW]<br><br>**UNITED STATES OF AMERICA'S APPLICATION FOR ISSUANCE OF**<br><br>**WRIT OF CONTINUING GARNISHMENT TO GARNISHEE TD AMERITRADE, INC.**<br>**[28 U.S.C. § 3205(b)]**<br><br>**AND**<br><br>**CLERK'S NOTICE OF ENFORCEMENT TO DEBTOR**<br>**[28 U.S.C. § 3202(b)]** |

The United States of America, in accordance with 28 U.S.C. § 3205(b)(1), applies for a Court Order Issuing a Writ of Continuing Garnishment in order to secure payment on the criminal judgment debt entered in *United States v. Michael David Crabtree*, CR 07-1054-ODW.  In connection with this request, the United States also seeks the issuance of a Clerk's Notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the United States as an attachment to this application.

On December 15, 2008, the District Court of the United States in the Central District of California entered an order imposing the following criminal judgment debt:

- Restitution: $2,748,456.77
- Special assessment: $200.00

The defendant-judgment debtor is Michael David Crabtree, Social Security Number XXX-XX-6932, currently resides in Santa Ana, California.

As of July 16, 2021, Defendant's criminal debt balance is $2,738,095.24.  Demand for payment of the above-stated debt was made upon Defendant more than thirty (30) days before the date of this application, and Defendant has not paid the amount due.

Garnishee TD Ameritrade, Inc. is believed to owe or will owe, money or property to Defendant, or is in possession of property of Defendant, and Defendant has a substantial nonexempt interest in the property.  Specifically, it is believed that funds, assets, or property belonging to Michael David Crabtree are currently in TD Ameritrade, Inc.'s custody, control, or possession.  By and through this Writ of Garnishment, the United States seeks to take the funds or property from Michael David Crabtree currently held by TD Ameritrade, Inc. to secure payment towards the criminal judgment debt. 28 U.S.C. § 3205 (b)(1)(C).

///

///

///

The name and address of Garnishee or the Garnishee's authorized agent is:

**TD Ameritrade, Inc.**
**c/o Legal Process Department**
**200 South 108th Avenue**
**Omaha, Nebraska 68154**

| | |
|---|---|
| Dated: July 28, 2021 | Respectfully submitted, |
| | TRACY L. WILKISON<br>Acting United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>RICHARD M. PARK<br>Assistant United States Attorney<br>Acting Chief, Financial Litigation Section |
| | /s/ *Louisa O. Kirakosian*<br>LOUISA O. KIRAKOSIAN<br>Assistant United States Attorney |
| | Attorneys for Plaintiff<br>United States of America |